FORM B104 (08/07)                                                                                   2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Imre Sos | **DEFENDANTS**<br>Mortgage Electronic Registration Systems, Inc. et al |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Self-Represented Plaintiff - Debtor<br>703 Pier Ave., Ste. B<br>Hermosa Beach, CA 90254-3943 | **ATTORNEYS** (If Known)<br><br>RECEIVED<br>OCT 16 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| **PARTY** (Check One Box Only)<br>☒ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor     ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor     ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

injunctive relief

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

FORM B104 (08/07), page 2          2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| **NAME OF DEBTOR** <br> Imre Sos ||| **BANKRUPTCY CASE NO.** <br> 09-BK-37047-ER |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California || **DIVISIONAL OFFICE** | **NAME OF JUDGE** <br> Ernest Robles |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| **PLAINTIFF** | **DEFENDANT** || **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** || **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** ||||
| **DATE** <br> October 15, 2009 ||| **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Imre Sos |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Imre Sos<br>703 Pier Ave., Ste. B<br>Hermosa Beach, CA 90254-3943<br>Phone: (310)722-8828 Fax: (310)776-7416<br>Email: sos.imre@yahoo.com<br><br>Attorney for Plaintiff  Self-Represented Plaintiff-Debtor | RECEIVED<br>OCT 16 2009<br>CLERK U.S. BANKRUPTCY<br>CENTRAL DISTRICT OF C...<br>BY         De... |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER 7 |
|---|---|
|  | CASE NUMBER 09-BK-37047-ER |
| Debtor. | ADVERSARY NUMBER |
| See attachment<br><br>Plaintiff(s), | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)* |
| vs.<br><br>Defendant(s). | **SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:**         **Time:**         **Courtroom:**         **Floor:**

☐ 255 East Temple Street, Los Angeles      ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                                    F 7004-1

**In re**

IMRE SOS,

**Debtor.**

IMRE SOS

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; ETS SERVICES, LLC; a California limited liability company; GMAC MORTGAGE, LLC; a California limited liability company

Summons and Notice of Status Conference - *Page 2*  **F 7004-1**

| In re (SHORT TITLE) Imre Sos Debtor(s). | CASE NO.: 09-BK-37047-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*                        **F 7004-1**

Summons and Notice of Status Conference - *Page 3*  **F 7004-1**

| In re (SHORT TITLE) | CASE NO.: |
|---|---|
| Imre Sos  Debtor(s) | 09-BK-37047-ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* (COA-SA)

**F 7004-1**

1  Imre Sos
2  703 Pier Ave., Ste. B
   Hermosa Beach, CA 90254-3943
3  Phone: (310) 722-8828
4  Fax: (310) 776-7418
   Email: sos.imre@yahoo.com
5
6  Self-Represented Plaintiff-Debtor

**FILED**
**OCT 16 2009**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ORIGINAL**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. |
| | ) |
| IMRE SOS, | ) Chapter 7 Case |
| | ) |
| Debtor. | ) **VERIFIED COMPLAINT SEEKING** |
| | ) **INJUNCTIVE RELIEF UNDER** |
| IMRE SOS | ) **SECTION 105** |
| | ) |
| vs. | ) |
| | ) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; ETS SERVICES, LLC; a California limited liability company; GMAC MORTGAGE, LLC; a California limited liability company | ) |

**VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF UNDER SECTION 105**

1

1 | Plaintiff Imre Sos ("Plaintiff-Debtor Sos") who went to law school but is not a
2 | barred attorney hereby files this complaint against Defendants Mortgage Electronic
3 | Registration Systems, Inc.; ETS Service, LLC and GMAC Mortgage, LLC and
4 | respectfully represents:
5 |     1. This is an adversary proceeding seeking to enjoin a state court action
6 | commenced by Plaintiff Sos against Defendants Mortgage Electronic Registration
7 | Systems, Inc. ("MERS"); ETS Service, LLC ("ETS") and GMAC Mortgage, LLC
8 | ("GMAC") under Title 11 U.S.C. Section 105.
9 |     2. The court has jurisdiction over this adversary proceeding pursuant to Title 28
10 | U.S.C. Section 1334(b), providing the court with jurisdiction over all civil matters arising
11 | in, arising under, or related to bankruptcy cases.
12 |     3. This is a core proceeding within the meaning of Title 28 U.S.C. Section
13 | 157(b)(2).
14 |     4. On November 10, 2008, Plaintiff-Debtor Sos filed a quiet title action with
15 | related causes of action in the Superior Court of California, County of San Diego, North
16 | County Division against Defendant MERS, ETS and GMAC who were allegedly
17 | claiming to have a mortgage lien on the subject real property at 920 Rodeo Queen Dr.,
18 | Fallbrook, CA 92028 belonging to the bankruptcy estate on *In Matter of Imre Sos* as Case
19 | No. 09-BR-37047-ER for $380,000.00. Defendant MERS, ETS and GMAC have not
20 | recorded the chain of assignment documents in order to exercise the power of sale under
21 | an alleged deed of trust nor do they possess the original promissory note and original
22 | deed of trust and there is no evidence that a loan of $380,000.00 was even made.
23 | Defendant MERS, ETS and GMAC are all claiming to be the beneficiary under the same
24 | deed of trust for $380,000.00.
25 |     5. Full Spectrum Lending, Inc. ("FSL"), CTC Real Estate Services ("CTC") and
26 | MERS are also allegedly claiming to have a mortgage lien on the subject real property
27 | belonging to the bankruptcy estate for $348,000.00.
28 |     6. The subject real property is worth about $242,000.00 and has alleged mortgage

**VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF UNDER SECTION 105**

2

1  liens totaling $728,000.

2      7. Defendants MERS, ETS, GMAC, FSL and CTC are alleged creditors of the
3  subject bankruptcy estate.

4      8. Defendants MERS, ETS and GMAC were conducting an illegal nonjudicial
5  foreclosure on the subject real property by not recording the chain of assignment
6  documents legally required under California law in order to exercise the power of sale
7  under an alleged deed of trust. Again, Defendants MERS, ETS and GMAC also do not
8  possess the original promissory note and original deed of trust and there is no evidence
9  that a loan of $380,000.00 was even made.

10      9. Plaintiff-Debtor Sos responded to Defendants MERS', ETS' and GMAC's
11  illegal nonjudicial foreclosure by filing suit to enjoin the illegal foreclosure and to quiet
12  title against the fraudulent mortgage liens recorded by to Defendants MERS, ETS and
13  GMAC and/or its predecessor(s) because there was no loan made.

14      10. The attorneys for Defendants MERS, ETS and GMAC have falsified evidence,
15  coached witnesses to lie during depositions and have harassed the tenants on subject real
16  property. The tenants are threatening to move and the litigation costs are mounting and
17  the subject real property is over encumbered with $728,000.00 in fraudulent mortgage
18  liens, all of which is what prompted the filing of *In Matter of Imre Sos* as Case No. 09-
19  BR-37047-ER.

20      11. If the state court action is allowed to go forward, Plaintiff-Debtor Sos will
21  suffer irreparable harm and will not be able to get a fresh start because the subject real
22  property is over encumbered with $728,000.00 in fraudulent liens and is only worth about
23  $242,000.00 and the bankruptcy forum will assist in sorting out the mess caused by the
24  alleged multiple creditors who recorded fraudulent mortgage liens totaling $728,000.00.
25  Defendants MERS, ETS and GMAC filed a motion for summary judgment and/or
26  summary adjudication against Plaintiff-Debtor Sos in the underlying state litigation and
27  Plaintiff-Debtor Sos' opposition to the motion for summary judgment and/or summary
28  adjudication is due on October 23, 2009. Due to the bankruptcy, Plaintiff-Debtor Sos

**VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF UNDER SECTION 105**

3

1. does not have the funds to complete his discovery, which is 75 percent complete, and file his opposition and his counter motion for summary judgment and/or summary adjudication. Defendants MERS, ETS and GMAC and their attorneys have deliberately dragged out the state court action for about one year to financially drain Plaintiff-Debtor Sos of money with legal costs, so that Defendants MERS, ETS and GMAC can steal the subject real property.

12. Defendants MERS, ETS and GMAC will not be harmed by a stay of the state court action because assuming the first lien from FSL, CTC and MERS is valid for $348,000.00, the second lien for $380,000.00 from MERS, ETS and GMAC is unsecured and dischargeable and all non-judicial foreclosure proceedings are stayed pending the bankruptcy anyway.

13. The public interest would be served by allowing the bankruptcy proceeding to go forward without interference from the state court action. The bankruptcy proceeding will provide a cost-effective forum for all 24 creditors to sort out the mess caused by the fraudulent mortgage liens totaling $728,000.00. The state court forum will only drive up the litigation expenses, where the bankruptcy court would provide a cost-effective forum to resolve the mess caused by the fraudulent mortgage liens totaling $728,000.00.

14. The court has authority to enter an injunction under Title 11 U.S.C. Section 105 for any purpose necessary and appropriate to accomplish the ends of the Bankruptcy Code.

WHEREFORE, Plaintiff-Debtor Sos respectfully requests:

1. A temporary restraining order restraining all parties and all Defendants MERS, ETS and GMAC, and their attorneys, agents, servants, and employees, from further proceeding on Sos v. MERS filed in the Superior Court of California, County of San Diego, North County Division as Case No. 37-2008-00060629 before Judge Dahlquist and that all matters on Sos v. MERS are stayed, until a hearing is had on Plaintiff-Debtor Sos' Application for a Preliminary Injunction. The court is requested to issue the temporary restraining order prior to October 23, 2009, which is the due date for Plaintiff-

**VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF UNDER SECTION 105**

4

Debtor Sos to file an opposition to the motion for summary judgment and/or summary adjudication scheduled to be heard in the state court action on November 9, 2009.

    2. A preliminary injunction issue enjoining all parties and all Defendants MERS, ETS and GMAC, and their attorneys, agents, servants, and employees, from further proceeding on Sos v. MERS filed in the Superior Court of California, County of San Diego, North County Division as Case No. 37-2008-00060629 before Judge Dahlquist and that all matters on Sos v. MERS are stayed, during the pendency of this action.

    3. On a final hearing, all parties and all Defendants MERS, ETS and GMAC, and their attorneys, agents, servants, and employees, be permanently enjoined during this bankruptcy from further proceeding on Sos v. MERS filed in the Superior Court of California, County of San Diego, North County Division as Case No. 37-2008-00060629 before Judge Dahlquist and that all matters on Sos v. MERS are stayed

    4. Plaintiff-Debtor Sos be awarded costs and expenses incurred in this action.

    5. Plaintiff-Debtor Sos receive such other additional relief as the court deems proper.

Dated: October 16, 2009

By: _____
Imre Sos
Self-Represented Plaintiff-Debtor

**VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF UNDER SECTION 105**

5

VERIFICATION

I, Imre Sos, am the Plaintiff-Debtor in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters that are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 16, 2009

By: _____*[signature]*_____
Imre Sos
Self-Represented Plaintiff-Debtor

**VERIFIED COMPLAINT SEEKING INJUNCTIVE RELIEF UNDER SECTION 105**