Eric M. Schiffer (SBN 179695)
Kelly Andrew Beall (SBN 162456)
Yaron Shaham (SBN 217192)
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendants,
GMAC MORTGAGE, LLC (erroneously sued
as a California limited liability company), MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., (erroneously sued as a California corporation),
and ETS SERVICES, LLC (erroneously sued as a
California limited liability company)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>IMRE SOS<br><br>        Debtor.<br><br>IMRE SOS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; ETS SERVICES, LLC; a California limited liability company; GMAC MORTGAGE, LLC; a California limited company; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 100, inclusive;<br><br>        Defendants. | Bankruptcy No.: 09-BK-37047-ER<br><br>Adversary Case No.: 2:09-AP-02342-ER<br>Adversary Case No.: 2:09-AP-02480-ER<br><br>Chapter 7 Case<br><br>[PROPOSED] ORDER AFTER HEARING ON DEFENDANTS' MOTION TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. § 1334(c)(2) (MANDATORY ABSTENTION); OR, IN THE ALTERNATIVE, TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. § 1334(c)(1) OR, IN THE ALTERNATIVE TO REMAND REMOVED ACTION PURSUANT TO 28 U.S.C. § 1452<br><br>Date: November 24, 2009<br>Time: 10:00 a.m.<br>Dept.: 1568, 15th Flr. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, INC., and ETS Services, LLC's Motion To Abstain From Hearing

1

Adversary Proceedings Under 28 U.S.C. § 1334(c)(2) (Mandatory Abstention); or, In The Alternative, To Abstain From Hearing Adversary Proceedings Under 28 U.S.C. § 1334(c)(1) or, In The Alternative To Remand Removed Action Pursuant To 28 U.S.C. § 1452 came on for hearing on November 24, 2009 at 10:00 a.m. before the Honorable Ernest M. Robles, presiding. Kelly Andrew Beall, Esq. appeared for Defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc. and ETS Services, LLC. Debtor/Plaintiff Imre Sos appeared telephonically in pro per.

After consideration of all moving, opposing, and reply papers, as well as oral arguments before the Court, and good cause and good cause otherwise appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The motion to remand adversary proceeding, case no. 2:09-02480, is GRANTED.

**IT IS FURTHER HEREBY ORDERED THAT:**

The motion for an order to abstain from adversary proceedings, case nos. 2:09-02342 and 2:09-02480, is DENIED. However, it is ordered that adversary proceeding, case nos. 2:09-02480, is stayed until further order of the Court pending the determination of the pending action in the San Diego County Superior Court, case no. 37-2008-00060629-CU-OR-NC. All hearings currently scheduled are ordered off calendar and all discovery and law and motion deadlines are vacated. A case status conference is set for June 17, 2010 at 10:00 a.m.

**IT IS FURTHER HEREBY ORDERED THAT:**

Debtor/Plaintiff Imre Sos shall have the authority to prosecute the pending action in the San Diego County Superior Court, case no. 37-2008-00060629-CU-OR-NC.

**IT IS SO ORDERED**

DATED: _____                    _____
                                                  JUDGE OF THE BANKRUPTCY COURT

H:\Matters\GMAC Mortgage Corporation (1353.001)\138 (Sos)\BK AP 02480\[Proposed] Order After Hearing.doc

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )  ss.
COUNTY OF ORANGE           )

I, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On November 24, 2009, I served the document described **[PROPOSED] ORDER AFTER HEARING ON DEFENDANTS' MOTION TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. § 1334(c)(2) (MANDATORY ABSTENTION); OR, IN THE ALTERNATIVE, TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. § 1334(c)(1) OR, IN THE ALTERNATIVE TO REMAND REMOVED ACTION PURSUANT TO 28 U.S.C. § 1452** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

☐ **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY PERSONAL SERVICE** as follows: I hand delivered a copy of such document(s) to Plaintiff Imre Sos by hand at the San Diego Superior Court Department N-29.

☒ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ **STATE**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL**    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 24, 2009, at Irvine, California.

_Rebecca Nichols_ (signature)
Rebecca Nichols

1
2
3
4
5

**SERVICE LIST**
**CENTRAL DISTRICT BANKRUPTCY COURT**
Bankruptcy No. 09-BK-37047-ER
Adversary Case No. 2:09-AP-02342-ER
Adversary Case No. 2:09-AP-02480-ER
*In Re: SOS, Debtor*
W&W File No. 1353-138
[Revised: October 28, 2009]

6
7

Imre Sos
703 Pier Ave., Ste. B
Hermosa Beach, CA 90254-3943

Plaintiff in Pro Per
Ph.: (310) 722-8828
Fax: (310) 776-7418

8
9
10
11
12

Heide Kurtz
Bankruptcy Trustee
2515 S. Western Avenue, #11
San Pedro, CA 90732-4643

Chapter 7 Trustee

13
14

U.S. Trustee (LA)
725 S. Figueroa St., 26th Flr.
Los Angeles, CA  90017-5524

U.S. Trustee

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re: IMRE SoS | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-BK-37047-ER |
| | | Adversary Case No.: 2:09-AP-02342-ER |
| | | Adversary Case No.: 2:09-AP-02480-ER |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order After Hearing on Defendants' Motion to Abstain from Hearing Adversary Proceedings Under 28 U.S.C. § 1334(c)(2) (Mandatory Abstention)a; or in the alternative to abstain from hearing adversary proceedings under 28 U.S.C § 1334(c)(1) or, in the alternative to remand removed action pursuant to 28 U.S.C. § 1452**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served

In the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____11/24/09_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Heide Kurtz
Bankruptcy Trustee
2515 S. Western Avenue, #11
San Pedro, CA 90732-4643

U.S. Trustee (LA)
725 S. Figueroa St., 26th Flr.
Los Angeles, CA 90017-5524

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Imre Sos
703 Pier Ave., Ste. B
Hermosa Beach, CA 90254-3943

☐ Service information continued on attached page

Order Granting Motion to Abstain – Page 2

| In re: IMRE SoS | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-BK-37047-ER |
| | | Adversary Case No.: 2:09-AP-02342-ER |
| | | Adversary Case No.: 2:09-AP-02480-ER |

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Imre Sos  
703 Pier Ave., Ste. B  
Hermosa Beach, CA 90254-3943

Plaintiff in Pro Per  
Ph.: (310) 722-8828  
Fax: (310) 776-7418

Heide Kurtz  
Bankruptcy Trustee  
2515 S. Western Avenue, #11  
San Pedro, CA 90732-4643

Chapter 7 Trustee

U.S. Trustee (LA)  
725 S. Figueroa St., 26th Flr.  
Los Angeles, CA 90017-5524

U.S. Trustee

☐ Service information continued on attached page