| | |
|---|---|
| 1  Eric M. Schiffer (SBN 179695)<br>   Kelly Andrew Beall (SBN 162456)<br>2  Yaron Shaham (SBN 217192)<br>   WOLFE & WYMAN LLP<br>3  5 Park Plaza, Suite 1100<br>   Irvine, California 92614-5979<br>4  Telephone: (949) 475-9200<br>   Facsimile: (949) 475-9203 | **FILED & ENTERED**<br><br>**DEC 14 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |

Attorneys for Defendants,
**GMAC MORTGAGE, LLC** (erroneously sued as a California limited liability company), **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, (erroneously sued as a California corporation), and **ETS SERVICES, LLC** (erroneously sued as a California limited liability company)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>IMRE SOS<br><br>        Debtor.<br><br>IMRE SOS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; ETS SERVICES, LLC; a California limited liability company; GMAC MORTGAGE, LLC; a California limited company; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 100, inclusive;<br><br>        Defendants. | Bankruptcy No.: 09-BK-37047-ER<br><br>Adversary Case No.: 2:09-AP-02342-ER<br>Adversary Case No.: 2:09-AP-02480-ER<br><br>Chapter 7 Case<br><br>**[PROPOSED] ORDER AFTER HEARING ON DEFENDANTS' MOTION TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. § 1334(c)(2) (MANDATORY ABSTENTION); OR, IN THE ALTERNATIVE, TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. § 1334(c)(1) OR, IN THE ALTERNATIVE TO REMAND REMOVED ACTION PURSUANT TO 28 U.S.C. § 1452**<br><br>Date:  November 24, 2009<br>Time:  10:00 a.m.<br>Dept.: 1568, 15th Flr.___ |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, INC., and ETS Services, LLC's Motion To Abstain From Hearing

1

Adversary Proceedings Under 28 U.S.C. § 1334(c)(2) (Mandatory Abstention); or, In The Alternative, To Abstain From Hearing Adversary Proceedings Under 28 U.S.C. § 1334(c)(1) or, In The Alternative To Remand Removed Action Pursuant To 28 U.S.C. § 1452 came on for hearing on November 24, 2009 at 10:00 a.m. before the Honorable Ernest M. Robles, presiding. Kelly Andrew Beall, Esq. appeared for Defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc. and ETS Services, LLC. Debtor/Plaintiff Imre Sos appeared telephonically in pro per.

After consideration of all moving, opposing, and reply papers, as well as oral arguments before the Court, and good cause and good cause otherwise appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The motion to remand adversary proceeding, case no. 2:09-02480, is GRANTED.

**IT IS FURTHER HEREBY ORDERED THAT:**

The motion for an order to abstain from adversary proceedings, case nos. 2:09-02342 and 2:09-02480, is DENIED. However, it is ordered that adversary proceeding, case nos. 2:09-02480, is stayed until further order of the Court pending the determination of the pending action in the San Diego County Superior Court, case no. 37-2008-00060629-CU-OR-NC. All hearings currently scheduled are ordered off calendar and all discovery and law and motion deadlines are vacated. A case status conference is set for June 17, 2010 at 10:00 a.m.

**IT IS FURTHER HEREBY ORDERED THAT:**

Debtor/Plaintiff Imre Sos shall have the authority to prosecute the pending action in the San Diego County Superior Court, case no. 37-2008-00060629-CU-OR-NC.

**IT IS SO ORDERED**

###

DATED: December 14, 2009

_____
United States Bankruptcy Judge

Order Granting Motion to Abstain – Page 1

| In re: **IMRE SoS** | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 09-BK-37047-ER<br>Adversary Case No.: 2:09-AP-02342-ER<br>Adversary Case No.: 2:09-AP-02480-ER |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order After Hearing on Defendants' Motion to Abstain from Hearing Adversary Proceedings Under 28 U.S.C. § 1334(c)(2) (Mandatory Abstention)a; or in the alternative to abstain from hearing adversary proceedings under 28 U.S.C § 1334(c)(1) or, in the alternative to remand removed action pursuant to 28 U.S.C. § 1452**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s),ced, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of            11/24/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Heide Kurtz                              U.S. Trustee (LA)
Bankruptcy Trustee                       725 S. Figueroa St., 26th Flr.
2515 S. Western Avenue, #11              Los Angeles, CA  90017-5524
San Pedro, CA 90732-4643

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Imre Sos
703 Pier Ave., Ste. B
Hermosa Beach, CA 90254-3943

☐ Service information continued on attached page

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

1

NOTICE OF ENTRY OF ORDER

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Imre Sos                                  Plaintiff in Pro Per
703 Pier Ave., Ste. B                     Ph.: (310) 722-8828
Hermosa Beach, CA 90254-3943              Fax: (310) 776-7418


Heide Kurtz                               Chapter 7 Trustee
Bankruptcy Trustee
2515 S. Western Avenue, #11
San Pedro, CA 90732-4643


U.S. Trustee (LA)                         U.S. Trustee
725 S. Figueroa St., 26th Flr.
Los Angeles, CA  90017-5524


☐ Service information continued on attached page

NOTICE OF ENTRY OF ORDER