| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mr. Imre Sos <br> 703 Pier Ave., Ste. B <br> Hermosa Beach, CA 90254-3943 <br> Phone: (310)722-8828  Fax: (310)776-7418 <br> email: sos.imre@yahoo.com <br> Attorney for Self-Represented Moving Party |  FILED APR 07 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER 7 |
|---|---|
|  | CASE NUMBER 09-BK-37047-ER |
| Mr. Imre Sos | DATE: April 29, 2010 |
|  | TIME: 10:00 a.m. |
|  | COURTROOM: 1568 |
| Debtor. |  |

**NOTICE OF MOTION FOR:**

Order to Hold ETS Services, LLC in Contempt
for Violation of the Automatic Stay
*(Specify name of Motion)*

1. TO: the Court and ETS Services, LLC

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: April 29, 2010 Time: 10:00 a.m. Courtroom: 1568   Floor: 15th |
|---|
| ☑ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: April 6, 2010

Law Firm Name _____

By: *Mr. Imre Sos*

Name: Mr. Imre Sos
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 9013-1.1

Notice of Motion (with Hearing) - *Page 2*                                              **F 9013-1.1**

| In re  Mr. Imre Sos | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 09-BK-37047-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Sacramento Process Serving, Kevin E. O'Donoghue SAC County REG # 2009-15; 5901 18th. Ave. Sacramento, CA 95820

A true and correct copy of the foregoing document described as Notice of Motion (with hearing) _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/7/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
On 04072010 @ 0950hrs. I personally served; CSC Lawyers Inc., 2730 Gateway Oaks Dr., Sacramento, CA 95833. Beckey DeGeorge, Agent authorized to receive service.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/7/10 | Kevin E. O'Donoghue REG # 2009-15 | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009          **ORIGINAL**          F 9013-1.1

| Notice of Motion (with Hearing) - *Page 3* | F 9013-1.1 |
|---|---|
| In re  Mr. Imre Sos | CHAPTER: 7 |
| Debtor(s). | CASE NO.: 09-BK-37047-ER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Also on 04072010 @ 0950hrs. I served CSC Lawyers Inc. A copy of; NOTICE OF MOTION AND MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT FOR VIOLATION OF AUTOMATIC STAY. Beckey DeGeorge, Agent authorized to receive service.///////////// NOTHING FOLLOWS.///////////// KEO

*KEO.*

**ORIGINAL**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 9013-1.1**

1  Mr. Imre Sos
2  703 Pier Ave., Ste. B
   Hermosa Beach, CA 90254-3943
3  Phone: (310) 722-8828
   Fax: (310) 776-7418
4  Email: sos.imre@yahoo.com
5
6  Self-Represented Moving Party
7
8              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
9
10                                      )   Case No. 09-BK-37047-ER
11 In re                                )
                                        )   Chapter 7 Case (No Asset Case)
12 MR. IMRE SOS,                        )
                                        )   NOTICE OF MOTION AND MOTION
13                                      )   TO HOLD ETS SERVICES, LLC IN
14            Debtor.                   )   CONTEMPT FOR VIOLATION OF
                                        )   THE AUTOMATIC STAY
15 MR. IMRE SOS                         )
                                        )
16 vs.                                  )   Date: April 29, 2010
17                                      )   Time: 10:00 a.m.
   ETS SERVICES, LLC                    )   Courtroom: 1568
18                                      )   Judge: Ernest M. Robles
19                                      )   Location:
                                        )   United States Bankruptcy Court
20                                      )   Central District of California
21                                      )   Edward R. Roybal Federal Building and
                                        )   Courthouse
22                                      )   255 E. Temple St.
23                                      )   Los Angeles, CA 90012
                                        )
24                                      )
                                        )
25                                      )
26 _____)
27
28

MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT FOR VIOLATION
OF THE AUTOMATIC STAY
1

1     To ETS Services, LLC:

2     NOTICE IS HEREBY GIVEN that on April 29, 2010 at 10:00 a.m. or as soon
3 thereafter as the matter may be heard in Courtroom No. 1568 of the above-entitled court
4 located at 255 E. Temple St., Los Angeles, CA 90012, Moving Party Debtor Mr. Imre
5 Sos ("Mr. Sos") will move the court for an order holding ETS Services, LLC in contempt
6 for willfully violating the bankruptcy automatic stay in this action.

7     This motion is premised upon the following: Mr. Sos received a notice of trustee's
8 sale from ETS Services, LLC regarding his real property that is the subject of this
9 bankruptcy proceeding in violation of the automatic stay.

10     This motion is based on this notice of motion, the attached memorandum of points
11 and authorities, the attached declaration of Mr. Sos with exhibits thereto, as well as such
12 other evidence that may be produced at the hearing on the motion.

13

14 Dated: April 6, 2010

15

16                               By: *[signature]*
17                                    Mr. Imre Sos
                                   Self-Represented Moving Party

18
19
20
21
22
23
24
25
26
27
28

**MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT FOR VIOLATION
OF THE AUTOMATIC STAY**

2

## MEMORANDUM OF POINTS AND AUTHORITIES

**ETS SERVICES, LLC SHOULD BE HELD IN CIVIL CONTEMPT AND BE LIABLE FOR DAMAGES FOR WILLFULLY VIOLATING THE AUTOMATIC STAY FOR CONTINUING TO ILLEGALLY FORECLOSE THE SUBJECT REAL PROPERTY THAT IS PART OF THE BANKRUPTCY PROCEEDING BELONGING TO MR. SOS.**

On October 5, 2009, Mr. Sos filed a voluntary bankruptcy petition, which included the Schedule A-Real Property. Schedule A-Real Property indicates that the subject real property belonging to me is located at 920 Rodeo Queen Dr., Fallbrook, CA 92028. Mr. Sos's Declaration ¶ 2, Ex. A.

On October 7, 2009, ETS Services, LLC was served with the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines. Mr. Sos's Declaration ¶ 3, Ex. B.

On April 2, 2010, Mr. Sos received the Notice of Trustee's Sale from ETS Services, LLC informing him that his real property was set to be auctioned off on May 5, 2010 at 10:00 a.m. Mr. Sos's Declaration ¶ 4, Ex. C.

Title 11 U.S.C. Section 105(a) provides: "The court may issue judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process."

Title 11 U.S.C. Section 362(k) provides: "Except as provided in paragraph (2), an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

**MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY**

3

Because it is an act of "enforcing" a lien, foreclosure (judicial or nonjudicial) is stayed by Section 362(a)(4). *United States v. Dos Cabezas Corp.* (9th Cir. 1993) 995 F.2d 1486, 1490-1491. By promptly canceling foreclosure sale upon receiving notice from debtor of her Chapter 13 filing, creditor avoided any stay violation, notwithstanding its failure to ensure that notice of sale was removed from wall of county courthouse where it was posted, with result that several people had arrived at debtor's home to view it on date originally scheduled for sale to alleged embarrassment and distress of debtor and her son. *In the Matter of L'Heureux* (2005) 322 B.R. 407, 410-412.

Knowledge of the stay may be inferred from knowledge of the petition. Thus, where a creditor knew the debtor had filed for bankruptcy, the creditor's violation of the stay is properly characterized as "willful" despite absence of affirmative knowledge of the stay. *In Matter of Reed* (1981) 11 B.R. 258, 275. A violation of the automatic stay is "willful" if the defendant knew of the automatic stay and defendant's acts were intentional. It need not be shown that defendant knew its acts constituted a violation of that stay. *In Matter of Pace* (9th Cir. 1995) 67 F.3d 187, 191; *In Matter of Bloom* (9th Cir. 1989) 875 F.2d 224, 227; *In the Matter of Abrams* (9th Cir. 1991) 127 B.R. 239, 243.

An "actual damages" award to individuals injured by a willful violation of the stay generally is mandatory pursuant to Title 11 Section 362(k) individuals injured by willful violation "shall recover actual damages"; *In Matter of Ramirez* (9th Cir. 1995) 183 B.R. 583, 589; *In the Matter of Stainton* (9th Cir. 1992) 139 B.R. 232, 235. Emotional distress damages are awardable as "actual damages" under Section 362(k) where the individual (i) suffers significant harm; (ii) clearly establishes significant harm; and (iii) demonstrates a casual connection between the harm suffered and the automatic stay violation. *In Matter of Dawson* (9th Cir. 2004) 390 F.3d 1139, 1149. Fleeting or trivial anxiety or distress does not suffice to support an award; instead, an individual must suffer significant emotional harm. *In the Matter of Dawson*, supra, 390 F.3d at 1149. A willful violation of the automatic stay can also be punished as civil contempt. *In the Matter of Goodman* (9th Cir. 1993) 991 F.2d 613, 619-620; FRBP 9020; *In the Matter of Rainbow*

*Magazine, Inc.* (9th Cir. 1996) 77 F.3d 278, 284-285 (bankruptcy courts have civil contempt power).

## CONCLUSION

Based on the foregoing, Mr. Sos requests that the court enter an order holding ETS Services, LLC in civil contempt and/or enter an award in favor of $2,500.00 (emotional distress damage). The damage award should be for a total of $2,500.00.

Dated: April 6, 2010

By: *[signature]*
Mr. Imre Sos
Self-Represented Moving Party

## DECLARATION OF MR. IMRE SOS

I, Mr. Imre Sos, declare as follows:

1. I have personal knowledge of all the facts contained in this declaration, and would and could competently testify to each fact if called as a witness.

2. On October 5, 2009, I filed a voluntary bankruptcy petition, which included the Schedule A-Real Property. Schedule A-Real Property indicates that the subject real property belonging to me is located at 920 Rodeo Queen Dr., Fallbrook, CA 92028. A true and correct copy of the Schedule A-Real Property is attached hereto and incorporated herein as Exhibit A.

3. On October 7, 2009, ETS Services, LLC was served with the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines. A true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines is attached hereto and incorporated herein as Exhibit B.

4. On April 2, 2010, I received the Notice of Trustee's Sale from ETS Services, LLC informing me that my real property at 920 Rodeo Queen Dr. is set to be auctioned off on May 5, 2010 at 10:00 a.m. A true and correct copy of the Notice of Trustee's Sale is attached hereto and incorporated herein as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 6, 2010

By: _____
Mr. Imre Sos
Self-Represented Moving Party

**MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY**

# Exhibit A

Form B6A (12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: |
|---|---|---|
| | Imre Sos    Debtor. | (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 920 Rodeo Queen Dr. Fallbrook, CA 92028 | Fee Simple Title | | 242000 | 0 |

Total ► 242000

(Report also on Summary of Schedules.)

# Exhibit B

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 5, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Imre Sos<br>703 Pier Ave Ste B<br>Hermosa Beach, CA 90254-3943 | Case Number:<br>2:09-bk-37047-ER |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN: |
| Attorney for Debtor(s) (name and address):<br>Imre Sos<br>703 Pier Ave Ste B<br>Hermosa Beach, CA 90254-3943<br>Telephone number: 310-722-8828 | Bankruptcy Trustee (name and address):<br>Heide Kurtz<br>2515 S. Western Avenue #11<br>San Pedro, CA 90732<br>Telephone number: (310) 832-3604 |

### Meeting of Creditors

Date: **November 6, 2009**                                Time: **09:00 AM**
Location: **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: January 5, 2010**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number: 213-894-3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: October 5, 2009 |
| (Form rev. 12/07:341-B9A) | /VMI |

**EXPLANATIONS**  B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 15 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

— **Refer to Other Side for Important Deadlines and Notices** —

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: vmoodyC              Page 1 of 1              Date Rcvd: Oct 05, 2009
Case: 09-37047                 Form ID: b9a               Total Noticed: 24

The following entities were noticed by first class mail on Oct 07, 2009.
db              Imre Sos,   703 Pier Ave Ste B,   Hermosa Beach, CA 90254-3943
tr             +Heide Kurtz,   2515 S. Western Avenue #11,   San Pedro, CA 90732-4643
smg             Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                 Sacramento, CA 94280-0001
smg             Los Angeles City Clerk,    P.O. Box 53200,   Los Angeles, CA 90053-0200
ust            +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
24773033       +COMUNITY LENDING INC,   610 JARVIS DR,   MORGAN HILL CA 95037-2894
24773040       +COMUNITY LENDING INC,   7650 MARATHON DR A,   LIVERMORE CA 94550-8301
24773046       +CTC REAL ESTATE SERVICES,   400 COUNTYWIDE WAY,   MSN SV 88,   SIMI VALLEY CA 93065-6298
24773047       +CTC REAL ESTATE SERVICES,   8521 FALLBROOK AVE,   WEST HILLS CA 91304-3243
24773049       +DAN MCALLISTER TAX COLLECTOR,   1600 PACIFIC HIGHWAY RM 162,   SAN DIEGO CA 92101-2474
24773039       +ETS SERVICES LLC,   2255 N ORTARIO ST 400,   BURBANK CA 91504-3190
24773034       +FIRST AMERICAN TITLE CO,   411 IVY ST,   SAN DIEGO CA 92101-2197
24773050       +FIRST AMERICAN TITLE COMPANY,   1 FIRST AMERICAN WAY,   SANTA ANA CA 92707-5913
24773045       +FULL SPECTRUM LENDING INC,   4500 PARK GRANADA CH 11,   CALABASAS CA 91302-1613
24773048        FULL SPECTRUM LENDING INC,   25555 W CHANDLER BLVD,   CHANDLER AZ 85224
24773038       +GMAC MORTGAGE LLC,   1100 VIRGINIA DR,   FORT WASHINGTON PA 19034-3204
24773043       +HARTFORD ESCROW INC,   1403 N TUSTIN AVE 130,   SANTA ANA CA 92705-8691
24773044       +MARC YOUSSEF LAZO,   PRENOVOST NORMANDIN BERGH DAWE APC,   2122 N BROADWAY 200,
                 SANTA ANA CA 92706-2614
24773036       +MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC,   2216 16TH ST,   SACRAMENTO CA 95818-1511
24773035        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC,   PO BOX 2026,   FLINT MI 48501-2026
24773037       +MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC,   3321 VINCENT DR,   PLEASANT HILL CA 94523-4332
24773042       +PRENOVOST NORMANDIN BERGH DAWE APC,   2122 N BROADWAY 200,   SANTA ANA CA 92706-2614
24773041       +WELLS FARGO BANK NA,   90 S SEVENTH ST,   MAC N9305 173,   MINNEAPOLIS MN 55402-3903

The following entities were noticed by electronic transmission on Oct 06, 2009.
smg             EDI: CALTAX.COM Oct 05 2009 22:05:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
                 Sacramento, CA 95812-2952
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2009            Signature:   *Joseph Speetjens*

# Exhibit C

ETS
PO Box 9032
Temecula, CA 92589-9032

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

2232880712

*Send Payments to:*
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

*Send Correspondence to:*
ETS
2255 N. Ontario Street
Suite 400
Burbank, CA 91504

IMRE SOS
703 PIER AVE STE B
HERMOSA BEACH CA 90254-3943

20100401-56
CANTS_FirstClass



1096-v4

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-208308-C
Loan No. 0359281094

SPACE ABOVE THIS LINE FOR RECORDER'S Use

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/14/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: PHIL BRAUN AND KATHY BRAUN , HUSBAND AND WIFE
Recorded 4/25/2006 as Instrument No. 2006-0288405 in Book , page of
Official Records in the office of the Recorder of **San Diego** County, California,
Date of Sale: **5/5/2010** at **10:00 AM**
Place of Sale:     **At the South entrance to the County Courthouse, 220 West Broadway, San Diego, California**
Property Address is purported to be:     **920 RODEO QUEEN DRIVE
FALLBROOK, California 92028-0000**

APN #: **105-790-28**

The total amount secured by said instrument as of the time of initial publication of this notice is **$516,302.00**, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 or 2923.55.



2232880712

T.S. No. **GM-208308-C**
Loan No. **0359281094**

Date: **3/31/2010**

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

_____
**Omar Solorzano, TRUSTEE SALE OFFICER**