1 | Mr. Imre Sos
2 | 703 Pier Ave., Ste. B
   | Hermosa Beach, CA 90254-3943
3 | Phone: (310) 722-8828
4 | Fax: (310) 776-7418
   | Email: sos.imre@yahoo.com
5 |
6 | Self-Represented Moving Party

**ORIGINAL**

FILED

APR 2 1 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

7

## UNITED STATES BANKRUPTCY COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| | Case No. 09-BK-37047-ER |
| In re | ) |
| | ) Chapter 7 Case (No Asset Case) |
| MR. IMRE SOS, | ) |
| | ) REPLY MEMORANDUM IN |
| Debtor. | ) SUPPORT OF MOTION FOR |
| | ) CONTEMPT AND SUPPORTING |
| MR. IMRE SOS | ) DECLARATIONS AND |
| | ) EVIDENTIARY OBJECTIONS |
| vs. | ) |
| | ) Date: April 29, 2010 |
| ETS SERVICES, LLC | ) Time: 10:00 a.m. |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### ETS SERVICES, LLC IS LIABLE FOR EMOTIONAL DISTRESS DAMAGES FOR VIOLATING THE AUTOMATIC STAY.

On April 7, 2010, ETS Services, LLC was served with the instant contempt motion. Mr. Sos's Declaration ¶ 2, Ex. D.

On April 9, 2010, ETS Services, LLC delivered a copy of the Notice of Trustee's

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT**

1

1  Sale to Mr. Robert Justice ("Mr. Justice"), who is the tenant on the subject property at

2  920 Rodeo Queen Dr. belonging to Moving Party Debtor Mr. Imre Sos ("Mr. Sos").

3  Subsequent to receiving the Notice of Trustee's Sale, Mr. Justice faxed the subject notice

4  to Mr. Sos. Mr. Sos's Declaration ¶ 3, Ex. E; Mr. Justice's Declaration ¶ 2, Ex. A.

5          In some cases significant emotional distress may be readily apparent even without

6  corroborative evidence. For instance, the violator may have engaged in egregious

7  conduct. *In the Matter of Dawson* (9th Cir. 2004) 390 F.3d 1139, 1150. Emotional

8  distress damages, based on the debtor's testimony, when a creditor entered the debtor's

9  home at night, doused the lights, and pretended to hold a gun to the debtor's head. *In the*

10  *Matter of Wagner* (1987) 74 B.R. 898, 905. Even if the violation of the automatic stay

11  was not egregious, the circumstances may make it obvious that a reasonable person

12  would suffer significant emotional harm. *In the Matter of Dawson* (9th Cir. 2004) 390

13  F.3d 1139, 1150. An award of $5,000.00 for emotional distress damages was affirmed,

14  with no mention of corroborating testimony, because it is clear that appellee suffered

15  Emotional harm when she was forced to cancel her son's birthday party because her

16  checking account had been frozen though the stay violation was brief and not egregious.

17  *In the Matter of Flynn* (1995) 185 B.R. 89, 93.

18          Mr. Sos is seeking emotional distress damages by way of the instant contempt and

19  was not required to file a order to show cause because Mr. Sos is an individual debtor.

20  Only an individual is entitled to recover damages for a willful violation of the stay. Tile

21  11 U.S.C. Section 362(k). Civil contempt is the exclusive remedy for corporations,

22  partnerships and other "nonindividual" debtors who suffer injury from a stay violation.

23  California Practice Guide-Bankruptcy Section 8:914. The order to show cause under local

24  rule 9020-1(a) is not an issue because Mr. Sos is seeking emotional distress damages for

25  violation of the automatic stay by ETS Services, LLC.

26

27                                            **II.**

28                          **DEBTOR IS MR. IMRE SOS**

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT**

1         On December 3, 2010, Mr. Sos established his identity at the Creditor's Meeting

2 to the satisfaction of the trustee. Subsequently, the trustee concluded the Creditor's

3 Meeting. Mr. Sos's Declaration ¶ 4.

4         On December 5, 2010, the trustee filed her report of no distribution with this court

5 after conclusion of the Creditor's Meeting. Mr. Sos's Declaration ¶ 5, Ex. F.

6         Every individual debtor shall bring to the meeting of creditors under Section 341 a

7 picture identification issued by a governmental unit, or other personal identifying

8 information that establishes the debtor's identity. Federal Rules of Bankruptcy Rule

9 4002(b)(1)(A).

10

11 **III.**

12 **THE UNDERLYING STATE COURT ORDER DISMISSING THE**

13 **UNDERLYING STATE COURT ACTION CONCERING THE SUBJECT**

14 **PROPERTY IS CURRENTLY UNDER REVIEW IN THE SUPREME COURT OF**

15 **CALIFORNIA.**

16

17         On March 4, 2010, an order was issued by Judge Dahlquist of the Superior Court

18 of California, County of San Diego on Mr. Sos v. MERS on Case No. 37-2008-

19 00060629-CU-OR-NC dismissing the underlying state action concerning the subject

20 property because the court found that Mr. Sos was formerly known as "Emery Soos" and

21 therefore subject to a state vexatious litigant injunction on Soos v. Yeung. Mr. Sos's

22 Declaration ¶ 6.

23         On March 4, 2010, Mr. Sos requested to view the case file on Soos v. Yeung in the

24 Superior Court of California, County of Los Angeles as Case No. YC046341 and was

25 informed that the case file for Soos v. Yeung was missing and that a search would be

26 initiated. Mr. Sos's Declaration ¶ 7.

27         On March 8, 2010, Mr. Sos filed a writ petition to review the order of March 4,

28 2010 issued by Judge Dahlquist. Mr. Sos's Declaration ¶ 8.

1    On March 23, 2010, Administrative Presiding Justice McConnell of the Fourth

2  Appellate District, Division One issued an order denying leave to file the writ petition on

3  the contempt matter that had been filed on March 8, 2010 and returned Mr. Sos's

4  payment of $655.00. Mr. Sos's Declaration ¶ 9.

5    On March 30, 2010, Mr. Sos filed a writ petition in the Supreme Court of

6  California and it had been assigned Supreme Court Case No. S181434. The Supreme

7  Court of California has expressed an interest in consideration of the writ petition. The fee

8  of $590.00 was received by the Supreme Court of California on April 6, 2010. The writ

9  petition in the Supreme Court of California is for an order to compel Administrative

10  Presiding Justice McConnell to file the underlying meritorious writ petition filed on

11  March 8, 2010 to review the order of March 4, 2010. The writ petition in the Supreme

12  Court of California is currently pending as of the date this reply. Mr. Sos's Declaration ¶

13  10.

14    On April 5, 2010, Mr. Sos received an affidavit from Ms. Lorraine Morga of the

15  Superior Court of California, County of Los Angeles that the case file on Soos v. Yeung

16  as Case No. YC046341 was missing and not available for inspection. Mr. Sos's

17  Declaration ¶ 11, Ex. H.

18

19                                 **CONCLUSION**

20

21    Based on the foregoing, Mr. Sos again requests that the court enter an award in

22  favor of $5,000.00 (emotional distress damage) against ETS Services, LLC. The damage

23  award should be for a total of $5,000.00.

24

25  Dated: April 21, 2010

26

27              By:  _Mr. Imre Sos_____

28                   Mr. Imre Sos
                     Self-Represented Moving Party

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT**

## DECLARATION OF MR. IMRE SOS

I, Mr. Imre Sos, declare as follows:

1. I have personal knowledge of all the facts contained in this declaration, and would and could competently testify to each fact if called as a witness.

2. On April 7, 2010, ETS Services, LLC was served with the instant contempt motion. A true and correct copy of the proof of service is attached hereto and incorporated herein as Exhibit D.

3. On April 9, 2010, ETS Services, LLC delivered a copy of the Notice of Trustee's Sale to Mr. Robert Justice ("Mr. Justice"), who is the tenant on the subject property at 920 Rodeo Queen Dr. belonging to Moving Party Debtor Mr. Imre Sos ("Mr. Sos"). Subsequent to receiving the Notice of Trustee's Sale, Mr. Justice faxed the subject notice to me. A true and correct copy of the faxed notice is attached hereto and incorporated herein as Exhibit E.

4. On December 3, 2010, I established my identity at the Creditor's Meeting to the satisfaction of the trustee. Subsequently, the trustee concluded the Creditor's Meeting.

5. On December 5, 2010, the trustee filed her report of no distribution with this court after conclusion of the Creditor's Meeting. A true and correct copy of docket on this proceeding is attached hereto and incorporated herein as Exhibit F.

6. On March 4, 2010, an order was issued by Judge Dahlquist of the Superior Court of California, County of San Diego on Mr. Sos v. MERS on Case No. 37-2008-00060629-CU-OR-NC dismissing the underlying state action concerning the subject property because the court found that I was formerly known as "Emery Soos" and therefore subject to a state vexatious litigant injunction.

7. On March 4, 2010, Mr. Sos requested to view the case file on Soos v. Yeung in the Superior Court of California, County of Los Angeles as Case No. YC046341 and was informed that the case file for Soos v. Yeung was missing and that a search would be initiated.

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT**

1    8. On March 8, 2010, I filed a writ petition to review the order of March 4, 2010

2    issued by Judge Dahlquist.

3    9. On March 23, 2010, Administrative Presiding Justice McConnell of the Fourth

4    Appellate District, Division One issued an order denying leave to file the writ petition on

5    the contempt matter that had been filed on March 8, 2010 and returned my payment of

6    $655.00.

7    10. On March 30, 2010, I filed a writ petition in the Supreme Court of California

8    and it had been assigned Supreme Court Case No. S181434. The Supreme

9    Court of California has expressed an interest in consideration of the writ petition. The fee

10   of $590.00 was received by the Supreme Court of California on April 6, 2010, after it

11   requested that it be paid. The writ petition in the Supreme Court of California is for an

12   order to compel Administrative Presiding Justice McConnell to file the underlying

13   meritorious writ petition filed on March 8, 2010 to review the order of March 4, 2010.

14   The writ petition in the Supreme Court of California is currently pending. A true and

15   correct copy of the docket on Supreme Court Case No. S181434 is attached hereto and

16   incorporated herein as Exhibit G.

17   11. On April 5, 2010, I received an affidavit from Ms. Lorraine Morga of the

18   Superior Court of California, County of Los Angeles that the case file on Soos v. Yeung

19   as Case No. YC046341 was missing and not available for inspection. A true and correct

20   copy of the affidavit is attached hereto and incorporated herein as Exhibit H.

21   I declare under penalty of perjury under the laws of the United States that the

22   foregoing is true and correct.

23

24   Dated: April 21, 2010

25

26   By:  _Mr. Imre Sos_ _____

27   Mr. Imre Sos
     Self-Represented Moving Party

28

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT**

6

1

## DECLARATION OF MR. ROBERT JUSTICE

2

3        I, Mr. Robert Justice, declare as follows:

4        1. I have personal knowledge of all the facts contained in this declaration, and

5    would and could competently testify to each fact if called as a witness.

6        2. On April 9, 2010, ETS Services, LLC delivered a copy of the Notice of

7    Trustee's Sale to me. I am the tenant at 920 Rodeo Queen Dr. belonging to Mr. Sos.

8    Subsequent to receiving the Notice of Trustee's Sale, I faxed the subject notice to Mr.

9    Sos. A true and correct copy of the faxed notice is attached hereto and incorporated

10   herein as Exhibit A.

11       I declare under penalty of perjury under the laws of the United States that the

12   foregoing is true and correct.

13

14   Dated: April 20, 2010

15

16                      By:   _Mr. Robert Justice_____

17                            Mr. Robert Justice

18

19

20

21

22

23

24

25

26

27

28

## REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO HOLD ETS SERVICES, LLC IN CONTEMPT

7

# Exhibit D

Notice of Motion (with Hearing) - *Page 2*     **F 9013-1.1**

| In re Mr. Imre Sos | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 09-BK-37047-ER |

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Sacramento Process Serving, Kevin E. O'Donoghue SAC County REG # 2009-15; 5901 18th. Ave. Sacramento, CA 95820

A true and correct copy of the foregoing document described as Notice of Motion (with hearing)_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/7/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
On 04072010 @ 0950hrs. I personally served; CSC Lawyers Inc., 2730 Gateway Oaks Dr., Sacramento, CA 95833. Beckey DeGeorge, Agent authorized to receive service.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/7/10 | Kevin E. O'Donoghue REG # 2009-15 | *K.E. O'Donoghue* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     ORIGINAL     **F 9013-1.1**

| Notice of Motion (with Hearing) - *Page 3* | **F 9013-1.1** |
|---|---|
| In re  Mr. Imre Sos | CHAPTER: 7 |
| Debtor(s). | CASE NO.: 09-BK-37047-ER |

<u>**ADDITIONAL SERVICE INFORMATION**</u> (if needed):

Also on 04072010 @ 0950hrs. I served CSC Lawyers Inc. A copy of; NOTICE OF MOTION AND MOTION TO HOLD
ETS SERVICES, LLC IN CONTEMPT FOR VIOLATION OF AUTOMATIC STAY. Beckey DeGeorge, Agent authorized
to receive service.//////////// NOTHING FOLLOWS.//////////// KEO

*KEO.*
## ORIGINAL

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Exhibit E

APR-09-2010 11:27 AM. SURVICE

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2256 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-306306-C
Loan No. 0308281084

SINCE ABOVE THIS LINE FOR RECORDERS Use

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/14/2008. UNLESS YOU TAKE ACTION
TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN
EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT
A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank,
check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan
association, or savings association, or savings bank specified in Section 5102 of the Financial Code and
authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made,
but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to
satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for
any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR:PHIL BRAUN AND KATHY BRAUN , HUSBAND AND WIFE
Recorded 4/23/2008 as Instrument No. 2008-0226405 in Book , page of
Official Records in the office of the Recorder of San Diego County, California.
Date of Sale:3/8/2010 at 10:00 AM
Place of Sale:    At the South entrance to the County Courthouse, 220 West Broadway, San
Diego, California
Property Address is purported to be:    828 RODEO QUEEN DRIVE
FALLBROOK, California 92028-0000

APN #: 108-790-29

The total amount secured by said instrument as of the time of initial publication of this notice is
$416,382.00, which includes the total amount of the unpaid balance (including accrued and unpaid
interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this
notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or
authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of
exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not
apply pursuant to Section 2923.52 or 2923.55.

T.S. No. GM-306306-C
Loan No. 0308281084

Date: 3/31/2010

ETS Services, LLC
2256 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

Omar Solorzano, TRUSTEE SALE OFFICER

## NOTICE OF SALE
## PURSUANT TO SECTION 2924.8 OF THE CIVIL CODE

Foreclosure process has begun on this property, which may affect your right to continue to live in this property. Twenty days or more after the date of this notice, this property may be sold at foreclosure. If you are renting this property, the new property owner may either give you a new lease or rental agreement or provide you with a 60-day eviction notice. However, other laws may prohibit an eviction in this circumstance or provide you with a longer notice before eviction. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have.

### 出售公告
### 依据民法典第2924.8章

因本房产的赎进程序已经开始，这可能会影响您在此继续居住的权利。从本通知起的二十天后，本房产可能会被出售。如果你是租房户，新的房主可能给你新的出租协议，或通知您在60天内搬家。但有些法律可能禁止在此情况下的清房，或可为您提供更长的搬家期限。您可以与您的律师，您当地的法律援助或房屋咨询机构讨论您的有关权利。

### 매매 통고
### 민법 제 2924.8 항에 의거

이 건물에 대한 차압 절차가 시작되었으며, 그로 인해 귀하가 이 건물에서 계속해서 거주할 수 있는 권리에도 영향이 미칠 수 있습니다. 이 통고문의 날짜로부터 20일 혹은 그 후에, 이 건물은 차압 매매될 수 있습니다. 만약 귀하가 이 건물을 임차하고 있다면, 새로운 건물 소유주는 귀하와 세입대차 계약을 하거나 또는 60일 이내 퇴거하라는 통고를 할 수 있습니다. 그러나, 다른 법률들은 이런 상황에서의 퇴거를 금지하거나 또는 귀하에게 퇴거하기 전까지 연장된 기간의 통고를 하도록 할 수도 있습니다. 귀하의 권리에 대한 상담을 하기 위해 귀하는 변호사 또는 귀하가 있는 지역의 법률 구호 기관 혹은 주택 상담 기관에 연락할 수도 있습니다.

### ANUNCIO DE VENTA
### SEGÚN LA SECCIÓN 2924.8 DEL CÓDIGO CIVIL

El proceso de ejecución de hipoteca ha comenzado en esta propiedad, lo que puede afectar su derecho de vivir en esta propiedad. La propiedad puede ser vendida en ejecución de hipoteca veinte días o más después de la fecha de este aviso. Si usted está rentando esta propiedad, el nuevo dueño de la propiedad puede darle a usted un nuevo contrato de arrendamiento o alquiler o darle un aviso de desalojo de 60-días. Sin embargo, otras leyes tal vez puedan prohibir un desalojo en esta circunstancia o proveerle a usted un aviso de desalojo de más tiempo para que desaloje la propiedad. Tal vez usted desee comunicarse con un abogado o su ayuda legal de la localidad o agencia de consejería de vivienda para hablar de cualquier derecho que usted tal vez tenga.

### PAUNAWA SA PAGBENTA
### BATAY SA SEKSYON 2924.8 NG NILAGDAANG SIBIL

Ang proseso ng pagreremata ay nagsimula na sa pag-aaring ito, na kung saan ay maaaring makaapekto sa inyong karapatan na tuluyang manirahan sa pag-aaring nabanggit. Dalawampung araw o higit pa matapos ang petsang naisagawa ang paunawang ito, ang nasabing pag-aari ay maaari nang ibenta batay sa pagremata. Kung kayo ay nangungupahan sa pag-aaring ito, ang bagong may-ari ay maaaring magbigay ng bagong kasunduan sa paghiram o pagbenta o bigyan kayo ng kasulatan na paunawa na makalipat sa loob ng 60 na araw. Gayunpaman, maaaring ipagbawal ng ibang batas ang pagpapaalis sa pagkakataong ito o maaaring bigyan kayo ng mas mahabang panahon bago ang pagpapaalis. Minumungkahi kayong makipagbigay alam sa inyong abogado o lokal na katulong pang-legal o ahensiya ng payong pabahay upang pag-usapan ang alinmang karapatan na kayo ay mayroon.

### THÔNG BÁO BÁN
### THEO ĐIỀU 2924.8 BỘ LUẬT DÂN SỰ

Việc bắt đầu tịch thu tài sản này có thể ảnh hưởng đến quyền tiếp tục sinh sống của bạn tại đây. Bắt đầu từ hai mươi ngày trở đi sau thông báo, tài sản này có thể bị tịch thu để trả nợ. Nếu bạn đang mướn nhà tại đây, chủ tài sản mới sẽ gửi cho bạn cam kết mới về việc thuê hoặc mướn hoặc có thể sẽ gửi cho bạn thông báo rời khỏi nhà trong vòng 60 ngày. Tuy nhiên, một số luật khác có thể không cho phép việc yêu cầu rời khỏi nhà trong trường hợp này mà gửi cho bạn thông báo sớm hơn trước khi yêu cầu bạn rời đi. Bạn nên liên hệ với luật sư hoặc tổ chức giúp đỡ luật địa phương hoặc cơ sở tư vấn nhà để tham khảo

# Exhibit F

| 10/29/2009 | | 90012. The case judge is Ernest M. Robles (Lomeli, Lydia R.) (Entered: 10/29/2009) |
|---|---|---|
| 11/10/2009 | 18 | 341 Meeting of Creditors Continued on 12/3/2009 at 08:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017 (Kurtz, Heide) (Entered: 11/10/2009) |
| 11/10/2009 | 19 | Continuance of Meeting of Creditors Filed by Trustee Heide Kurtz. 341(a) meeting to be held on 12/3/2009 at 08:00 AM at RM 102, 725 S Figueroa St., Los Angeles, CA 90017. (Kurtz, Heide) (Entered: 11/10/2009) |
| 11/10/2009 | 20 | Reply to (related document(s): 17 Motion *to abstain from hearing adversary proceednigs under 28 U.S.C.section 1334(c)(2) (Mandatory Abstention); or, in the alternative, to abstain from hearing adversary proceedings under 28 U.S.C. section 1334(c) (1) or in the alternative to remand re filed by Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant GMAC Mortgage LLC, Defendant ETS Services, LLC, Hearing (Bk Motion) Set) Reply to Plaintiff's Opposition to Motion Filed by Defendants ETS Services, LLC, GMAC Mortgage LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (Shaham, Yaron) (Entered: 11/10/2009)* |
| 11/12/2009 | 21 | Proof of service Filed by Debtor Imre Sos RE: # 11 Memorandum (Quintanar, Laura) (Entered: 11/18/2009) |
| 11/12/2009 | 22 | Proof of service; Filed by Debtor, Imre Sos RE: Notice of Status Conference (Quintanar, Laura) (Entered: 11/18/2009) |
| 11/24/2009 | 23 | Notice *of Entered Order and Service List; [Proposed] Order After Hearing on Defendants' Motion to Abstain from Hearing Adversary Proceedings under 28 U.S.C. sec. 1334(c)(2) (Mandatory Abstention); or, in the alternative, to Abstain from Hearing Adversary Proceedings under 28 U.S.C. sec. 1334(c)(1) or, in the alternative to Remand Removed Action Pursuant to 28 U.S.C. sec. 1452 and Proof of Service Filed by Defendants ETS Services, LLC, GMAC Mortgage LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (RE: related document(s) 17 Motion to abstain from hearing adversary proceednigs under 28 U.S.C.section 1334, Hearing Set). (Shaham, Yaron) (Entered: 11/24/2009)* |
| | | Chapter 7 Trustee's Report of No Distribution: I, Heide Kurtz, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the |

| | | |
|---|---|---|
| 12/05/2009 | 24 | location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned: $ 249000.00, Assets Exempt: Not Available, Claims Scheduled: $ 800835.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 800835.00. (Kurtz, Heide) (Entered: 12/05/2009) |
| 12/14/2009 | 25 | ORDER AFTER HEARING ON DEFENDANTS? MOTION TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. □ 1334(c)(2) (MANDATORY ABSTENTION); OR, IN THE ALTERNATIVE, TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. □ 1334(c)(1) OR, IN THE ALTERNATIVE TO REMAND REMOVED ACTION PURSUANT TO 28 U.S.C. □ 1452; All hearings currently scheduled are ordered off calendar and all discovery and law and motion deadlines are vacated. A case status conference is set for June 17, 2010 at 10:00 a.m. Related Doc # 17 ) Signed on 12/14/2009 (Lomeli, Lydia R.) (Entered: 12/14/2009) |
| 12/14/2009 | 26 | Notice *of Entry of Order After Hearing on Defendants' Motion to Remand Removed Action Pursuant to 28 U.S.C. sec. 1452* Filed by Defendants ETS Services, LLC, GMAC Mortgage LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (RE: related document(s) 25 ORDER AFTER HEARING ON DEFENDANTS? MOTION TO ABSTAIN FROM HEARING ADVERSARY PROCEEDINGS UNDER 28 U.S.C. 1334). (Attachments: # 1 Exhibit 1 - Order After Hearing) (Shaham, Yaron) (Entered: 12/14/2009) |
| 12/16/2009 | 27 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 25 Order on Generic Motion) No. of Notices: 4. Service Date 12/16/2009. (Admin.) (Entered: 12/16/2009) |
| 03/01/2010 | | Receipt of Certification Fee - $9.00 by 03. Receipt Number 20077130. (admin) (Entered: 03/02/2010) |
| 03/01/2010 | | Receipt of Photocopies Fee - $1.00 by 03. Receipt Number 20077130. (admin) (Entered: 03/02/2010) |
| | | Motion and Notice of Motion to Hold ETS Services LLC in Contempt for Violation of the Automatic Stay; Memorandum of |

# Exhibit G

# CALIFORNIA APPELLATE COURTS

Case Information

| | |
|---|---|
| **Supreme Court** | |
| Welcome | |
| Search | |
| E-mail | |
| Calendar | |
| Help | |
| Options | |
| C|C home | |

## Supreme Court

Change court

Court data last updated: 04/20/2010 06:05 PM

**Case Summary   Docket   Briefs
Disposition   Parties and Attorneys**

## Docket (Register of Actions)

**SOS v. CA 4/1 (MORTGAGE ELECtTRONIC REGISTRATION SYSTEMS)**
**Case Number S181434**

| Date | Description | Notes |
|---|---|---|
| 03/30/2010 | Petition for writ of mandate/prohibition filed | Petitioner: Sos, Imre Pro Per |
| 03/30/2010 | Retained for consideration (mandate/prohibition) | |
| 04/02/2010 | Note: | Spoke to petitioner advising him that a filing fee of $590. is required. Mr. Sos indicated he will be submitting the filing fee. |
| 04/06/2010 | Due: | Filing Fee from petitioner |
| 04/06/2010 | Received: | Filing Fee from Petitioner |

**Click here** to request automatic e-mail notifications about this case.

© 2009 Judicial Council of California

# Exhibit H

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| Emery Soos | ) Case No: YC046341 |
| | ) |
| vs. | ) AFFIDAVIT OF CUSTODIAN OF |
| | ) RECORDS RE CASE FILE UNAVAILABLE |
| Timothy W. Yeung, et al | ) FOR PUBLIC INSPECTION |

I, John A. Clarke, Executive Officer/Clerk of The Superior Court of California, for the County of Los Angeles declares:

That I am duly authorized custodian of the records for the above court.

That the case file for the above subject case is stored in the County Records Center, 222 North Hill Street, Los Angeles, California 90012.

That on March 4, 2010, there was a request to inspect the case file for the above subject case.

That upon request a missing case file search was initiated.

That based upon the preceding information, the case file for the above subject case was not readily available for inspection by the public.

IN WITNESS WHEREOF, and under a penalty of perjury under the laws of the State of California, I declare the foregoing is true and correct and hereto affix the seal of this court. Executed on this day of Monday, April 05, 2010.

Dated: April 5, 2010

JOHN A. CLARKE,
Executive Officer/Clerk of The Superior
Court of California, County of Los Angeles

By _____ , Deputy

**Lorraine Morga**

# Exhibit A

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO:
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

T.S. No. GM-206308-C
Loan No. 0368261994

_____

SPACE ABOVE THIS LINE FOR RECORDERS Use

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/14/2006. UNLESS YOU TAKE ACTION
TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN
EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT
A LAWYER.

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank,
check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan
association, or savings association, or savings bank specified in Section 5102 of the Financial Code and
authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made,
but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to
satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for
any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR:PHIL BRAUN AND KATHY BRAUN , HUSBAND AND WIFE
Recorded 4/25/2006 as Instrument No. 2006-0294408 in Book , page  of
Official Records in the office of the Recorder of San Diego County, California.
Date of Sale:5/6/2010 at 10:00 AM
Place of Sale:   At the South entrance to the County Courthouse, 220 West Broadway, San
Diego, California
Property Address is purported to be:   820 RODEO QUEEN DRIVE
FALLBROOK, California 92028-9888

APN #: 105-790-35

The total amount secured by said instrument as of the time of initial publication of this notice is
$616,302.00, which includes the total amount of the unpaid balance (including accrued and unpaid
interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this
notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or
authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of
exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not
apply pursuant to Section 2923.52 or 2923.55.

_____

T.S. No. GM-206308-C
Loan No. 0368261994

Date: 3/31/2010          ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

_____

Omar Solorzano, TRUSTEE SALE OFFICER

## NOTICE OF SALE
### PURSUANT TO SECTION 2924.8 OF THE CIVIL CODE

Foreclosure process has begun on this property, which may affect your right to continue to live in this property. Twenty days or more after the date of this notice, this property may be sold at foreclosure. If you are renting this property, the new property owner may either give you a new lease or rental agreement or provide you with a 60-day eviction notice. However, other laws may prohibit an eviction in this circumstance or provide you with a longer notice before eviction. You may wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have.

出售公告
依据民法典第2924.8章

因本房产的赎迄程序已经开始，这可能会影响您在此继续居住的权利。从本通知起的二十天后，本房产可能会被出售。如果你是租房户，新的房主可能给你新的出租协议，或通知您在60天内搬家。但有些法律可能禁止在此情况下的清房，或可为您提供更长的搬家期限。您可以与您的律师，您当地的法律援助或房屋咨询机构讨论您的有关权利。

매매 통고
민법 제 2924.8 항에 의거

이 건물에 대한 차압 절차가 시작되었으며, 그로 인해 귀하가 이 건물에서 계속해서 거주할 수 있는 권리에도 영향이 미칠 수 있습니다. 이 통고문의 날짜로부터 20일 혹은 그 후에, 이 건물은 차압 매매될 수 있습니다. 만약 귀하가 이 건물을 임차하고 있다면, 새로운 건물 소유주는 귀하와 새임대차 계약을 하거나 또는 60일 이내 퇴거하라는 통고를 할 수 있습니다. 그러나, 다른 법률들은 이런 상황에서의 퇴거를 금지하거나 또는 귀하에게 퇴거하기 전까지 연장된 기간의 통고를 하도록 할 수도 있습니다. 귀하의 권리에 대한 상담을 하기 위해 귀하는 변호사 또는 귀하가 있는 지역의 법률 구조 기관 혹은 주택 상담 기관에 연락할 수도 있습니다.

### ANUNCIO DE VENTA
#### SEGÚN LA SECCIÓN 2924.8 DEL CÓDIGO CIVIL

El proceso de ejecución de hipoteca ha comenzado en esta propiedad, lo que puede afectar su derecho de vivir en esta propiedad. La propiedad puede ser vendida en ejecución de hipoteca veinte días o más después de la fecha de esta aviso. S usted está rentando esta propiedad, el nuevo dueño de la propiedad puede darle a usted un nuevo contrato de arrendamiento o alquiler o darle un aviso de desalojo de 60-días. Sin embargo, otras leyes tal vez puedan prohibir un desalojo en esta circunstancia o proveerle a usted un aviso de desalojo de más tiempo para que desaloje la propiedad. Tal vez usted desee comunicarse con un abogado o su ayuda legal de la localidad o agencia de consejería de vivienda para hablar de cualquier derecho que usted tal vez tenga.

### PAUNAWA SA PAGBENTA
#### BATAY SA SEKSYON 2924.8 NG NILAGDAANG SIBIL

Ang proseso ng pagreremata ay nagsimula na sa pag-aaring ito, na kung saan ay maaaring makaapekto sa inyong karapatan na tuluyang manirahan sa pag-aaring nabanggit. Dalawampung araw o higit pa matapos ang petsang naisagawa ang paunawang ito, ang nasabing pag-aari ay maaari nang ibenta batay sa pagremata. Kung kayo ay nangungupahan sa pag-aaring ito, ang bagong may-ari ay maaaring magbigay ng bagong kasunduan sa paghiram o pagbenta o bigyan kayo ng kasulatan na paunawa na makalipat sa loob ng 60 na araw. Gayunpaman, maaaring ipagbawal ng ibang batas ang pagpapaalis sa pagkakataong ito o maaaring bigyan kayo ng mas mahabang panahon bago ang pagpapaalis. Minumungkahi kayong makipagbigay alam sa inyong abogado o lokal na katulong pang-legal o ahensiya ng payong pabahay upang pag-usapan ang alinmang karapatan na kayo ay mayroon.

### THÔNG BÁO BÁN
#### THEO ĐIỀU 2924.8 BỘ LUẬT DÂN SỰ

Việc bắt đầu tịch thu tài sản này có thể ảnh hưởng đến quyền tiếp tục sinh sống của bạn tại đây. Bắt đầu từ hai mươi ngày trở đi sau thông báo, tài sản này có thể bị tịch thu để trả nợ. Nếu bạn đang mướn nhà tại đây, chủ tài sản mới sẽ gửi cho bạn cam kết mới về việc thuê hoặc mướn hoặc có thể sẽ gửi cho bạn thông báo rời khỏi nhà trong vòng 60 ngày. Tuy nhiên, một số luật khác có thể không cho phép việc yêu cầu rời khỏi nhà trong trường hợp này mà gửi cho bạn thông báo sớm hơn trước khi yêu cầu bạn rời đi. Bạn nên liên hệ với luật sư hoặc tổ chức giúp đỡ luật địa phương hoặc cơ sở tư vấn nhà để tham khả

# PROOF OF SERVICE

I, Ms. Hilda Esperanza, declare:

    I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My address is 9500 Wilshire Blvd., Beverly Hills, CA 90212 in Los Angeles County, California. I served the following:

## REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT AND SUPPORTING DECLARATIONS AND EVIDENTIARY OBJECTIONS

by mailing true a copy by express mail overnight in an envelope sealed and deposited with the post office for overnight delivery, with postage and express mail overnight fees prepaid fully therein on April 21, 2010 at Los Angeles, California to:

    Mr. Stuart B. Wolfe
    Mr. Kelly A. Beall
    Mr. Yaron Shaham
    Wolfe & Wyman, LLP
    5 Park Plaza, Ste. 1100
    Irvine, CA 92614-5979

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 21, 2010

                    *Ms. Hilda Esperanza*
                    Ms. Hilda Esperanza