# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER TO SHOW CAUSE RE DISMISSAL
## FOR FAILURE TO COMPLY WITH THE CASE COMMENCEMENT DEFICIENCY NOTICE

**DEBTOR(S) INFORMATION:**
Imre Sos
**SSN:** N/A
**EIN:** N/A

703 Pier Ave Ste B
Hermosa Beach, CA 90254−3943

**BANKRUPTCY NO.** 2:09−bk−37047−ER
**CHAPTER** 7

It is ordered and notice is hereby given that a hearing in this case which will be held at:

**Date:** 08/04/2010
**Time:** 10:00 AM.
**Location:** **255 EAST TEMPLE STREET, COURTOOM 1568, 15TH FL.
LOS ANGELES, CA 90012**

To consider and act upon the following:

Order to Show Cause re Dismissal of the above−captioned case because Debtor(s) failed to file one or more documents required by 11 United States Code, the Federal Rules of Bankruptcy Procedure, or the Local Bankruptcy Rules, or because the documents filed by the Debtor(s) were incomplete or deficient. The documents are:

DEBTOR STATES HE HAS NO SOCIAL SECURITY NUMBER
OR TAXPAYER IDENTIFICATION NUMBER.

If the correct versions of the missing and/or deficient documents are filed and served at least seven (7) days prior to the scheduled hearing, the order to show cause shall be discharged and your appearance will not be necessary. **PLEASE TAKE FURTHER NOTICE** that if the debtor fails to comply with the requirements noted above, at the order to show cause hearing the court may dismiss this case with a prohibition on any refiling of another bankruptcy petition by or against the debtor for 180 days are provided by 11 U.S.C. Section 109(g).

Dated: June 6, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form oscc 11/97) VAN−38

**35 / LRL**