FILED & ENTERED

JUL 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 2:09-bk-37047-ER |
| | Chapter: 7 |
| Imre Sos, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| Debtor. | Date:      August 4, 2010<br>Time:      10:00 a.m.<br>Location:  Ctrm. 1568<br>               Roybal Federal Building<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

Finding that the Debtor has cured the deficiency which prompted the issuance of the Order to Show Cause ("OSC"), the Court HEREBY ORDERS that the OSC is DISCHARGED. The August 4, 2010 hearing is taken off calendar.

IT IS SO ORDERED.

###

DATED: July 28, 2010

_____
United States Bankruptcy Judge

- 1 -

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DISCHARGING ORDER TO SHOW CAUSE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Donald H Cram    dhc@severson.com
- Heide Kurtz    trustee@hkurtzco.com, ca45@ecfcbis.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Josephine E Piranio    ecfcacbrs@piteduncan.com
- Yaron Shaham    ys@severson.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Imre Sos
703 Pier Ave Ste B
Hermosa Beach, CA 90254-3943

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page