ORIGINAL

| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mr. Imre Sos <br> 703 Pier Ave., Ste. B <br> Hermosa Beach, CA 90254 <br> Telephone: 1-310-722-8828 <br> Fax: 1-310-776-7418 <br> Attorney for Appellant **Self-Represented Appellant** | FILED <br> AUG 11 2010 <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY: ___ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA | |
| In re: Imre Sos, <br> Debtor(s). | |
| Last four digits of Social Security Number(s): **none** | CHAPTER: **7** <br> CASE NUMBER: **2:09-BK-37047-ER** |
| Employer's Tax Identification No(s) [if any]: **none** | ADVERSARY NUMBER: |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)* ☐ plaintiff ☐ defendant or ☑ other party

   *(specify name of party)* **Mr. Imre Sos** , appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)* **Order Granting Motion for Relief from the Automatic Stay** entered in this adversary proceeding or other proceeding *(describe other proceeding)* **motion for relief** on the **28** day of **July** , *(year)* **2010** .

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

   Mr. Brian A. Paino
   Ms. Josephine E. Piranio
   Pite Duncan, LLP
   P.O. Box 17933
   San Diego, CA 92177-0933
   Telephone: 1-858-750-7600
   Facsimile: 1-619-590-1385

   Ms. Heide Kurtz, Chapter 7 Trustee
   2515 S. Western Avenue #11
   San Pedro, CA 90732
   Telephone: 1-310-832-3604
   Facsimile: 1-310-832-0838

*(Continued on next page)*

Revised 05/04                                                                 **FORM 17**

Case 2:09-bk-37047-ER    Doc 54    Filed 08/11/10    Entered 08/16/10 17:23:55    Desc
Main Document    Page 2 of 3

Notice of Appeal - Page 2 **FORM 17**

| In re Imre Sos, Debtor(s). | CHAPTER: 7 CASE NUMBER: 09-BK-37047-ER |
|---|---|

Dated: August 11, 2010

_M. Imre Sos_
Signature (Attorney for Appellant or Appellant if not represented by an Attorney)

Self-Represented Debtor
Attorney Name

703 Pier Ave., Ste. B
Hermosa Beach, CA 90254
Address

1-310-722-8828
Telephone Number

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Notice of Appeal - Page 3

**FORM 17**

| In re | CHAPTER: 7 |
|---|---|
| Imre Sos, Debtor(s). | CASE NUMBER: 09-BK-37047-ER |

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF **Los Angeles**

1. I am employed in the County of **Los Angeles**, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On **August 11, 2010**, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at **Los Angeles**, California, addressed as set forth below.

Mr. Brian A. Paino
Ms. Josephine E. Piranio
Pite Duncan, LLP
P.O. Box 17933
San Diego, CA 92177-0933

Ms. Heide Kurtz, Chapter 7 Trustee
2515 S. Western Avenue #11
San Pedro, CA 90732

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **August 11, 2010**

___Ms. Hilda E. Galarreta___
Typed Name

___Ms. Hilda E. Galarreta___
Signature