Mr. Imre Sos
703 Pier Ave., Ste. B
Hermosa Beach, CA 90254-3943
Phone: 1-310-722-8828
Fax: 1-310-776-7418
Email: sos.imre@yahoo.com

Self-Represented Moving Party

ORIGINAL

FILED
AUG 11 2010
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: dg    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>IMRE SOS,<br><br>Debtor. | Case No. 09-BK-37047-ER<br><br>Chapter 7 Case<br><br>**DEBTOR'S STATEMENT OF ELECTION TO HAVE BANKRUPTCY APPEAL HEARD BY DISTRICT COURT** |

PLEASE TAKE NOTICE that Mr. Imre Sos elects to have his bankruptcy appeal heard by the district court.

Dated: August 11, 2010

By: _____
Mr. Imre Sos
Self-Represented Debtor

**DEBTOR'S STATEMENT OF ELECTION TO HAVE BANKRUPTCY APPEAL
HEARD BY DISTRICT COURT**

# PROOF OF SERVICE

I, Ms. Hilda E. Galarreta, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My address is 703 Pier Ave., Ste. B, Hermosa Beach, CA 90254-3943 in Los Angeles County, California. I served the following:

**DEBTOR'S STATEMENT OF ELECTION TO HAVE BANKRUPTCY APPEAL HEARD BY DISTRICT COURT**

by mailing true copies by express mail overnight in envelopes sealed and deposited with the post office for overnight delivery, with postage and express mail overnight fees prepaid fully therein on August 11, 2010 at Los Angeles, California to:

1. Mr. Brian A. Paino
   Ms. Josephine E. Piranio
   Pite Duncan, LLP
   P.O. Box 17933
   San Diego, CA 92177-0933

2. Ms. Heidi Kurtz
   2515 S. Western Ave., No. 11
   San Pedro, CA 90732

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 11, 2010

*Ms. Hilda E. Galarreta* (signature)
Ms. Hilda E. Galarreta