# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED

AUG 17 2010

|  |  |
|---|---|
| In re:<br><br>*IMRE SOS*<br><br>Debtor(s). | CASE NO.: LA 09-37047-ER<br><br>**NOTICE OF REFERRAL OF APPEAL**<br><br>Notice of Appeal Filed : *AUGUST 11,2010*<br>Notice of Cross-Appeal Filed: *N/A*<br>Bankruptcy Filed: *10/5/2009* |

**TO:    ALL PARTIES IN INTEREST, AND**
      **[  ]    BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, <u>OR</u>**
      **[ X ]    U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

      YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:
          [  ]    Motion for Leave to Appeal
          [  ]    Answer in Opposition to Motion for Leave to Appeal
          [  ]    Notice of  X X      Appeal _____      Cross-Appeal
          [X]    Appellant's Statement of Election to Transfer Appeal to District Court
          [  ]    Other

      By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

**DATED:    *AUGUST 17, 2010***
                                **KATHY J. CAMPBELL**
                                **Clerk of Court**
                                    *ELAINE L. GARCIA*
                              By: _____
                                  **Deputy Clerk**

---

## CERTIFICATE OF MAILING

      I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

      [  ]    AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)
      [ x ]    AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed after 10/22/94)

**DATED:    AUGUST 17, 2010**
                                **KATHY J. CAMPBELL**
                                  **Clerk of Court**

                                By:    *ELAINE L. GARCIA*
                                **Deputy Clerk**
                                _____

---

## NOTICE OF REFERRAL OF APPEAL (Bankruptcy)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

# APPEAL SERVICE LIST

[X ]  **NOTICE OF REFERRAL OF APPEAL**
[  ]  **CERTIFICATE OF READINESS AND COMPLETION OF RECORD**

CASE NO.:  __09-37047-ER_____    ADVERSARY NO.: N/A_____

---

[ ]  BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA  91105-1510

[X]  U. S. DISTRICT COURT
Central District of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA  90012-4701

[ ]  U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA  92701-4516

[ X ]  Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90017

[ ]  Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA  92701

[ ]  Terri Hawkins-Andersen
OFFICE OF THE U. S. TRUSTEE
3685 Main Street
Riverside, CA  92501

[ ]  Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

---

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

*Debtor* / Appellant

**Imre Sos**
703 Pier Ave Ste B
Hermosa Beach, CA 90254-3943

*Trustee*
**Heide Kurtz**
2515 S. Western Avenue #11
San Pedro, CA 90732

Atty Appellee

Brian A. Paino
Josephine E. Piranio
PITE DUNCAN, LLP
4375 Jutland Drive, Ste. 200
P.O. Box 17933
San Diego, CA 92177-0933

---

**APPEAL SERVICE LIST**