In re Imre Soo
Debtor.

Case No.: 09-BK-37047-ER
(If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Investor | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0 | $ |
| 2. | Estimate monthly overtime | $ 0 | $ |
| 3. | SUBTOTAL | $ 0 | $ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0 | $ |
| | b. Insurance | $ 0 | $ |
| | c. Union dues | $ 0 | $ |
| | d. Other (specify) _____ | $ 0 | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ |
| 8. | Income from real property | $ 1825 | $ |
| 9. | Interest and dividends | $ 0 | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ |
| 11. | Social security or other government assistance (Specify) _____ | $ 0 | $ |
| 12. | Pension or retirement income | $ 0 | $ |
| 13. | Other monthly income (Specify) _____ | $ 0 | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 1825 | $ |
| 15. | AVERAGE MONTHLY INCOME: (Add amounts shown on lines 6 and 14) | $ 1825 | $ |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 1825 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

FILED
AUG 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

The new lease for 12 months was executed on 8/1/2010 with the monthly lease of $1825.00. I was pre-qualified for refinancing 920 Rodeo Queen Dr. by Augusta Financial, Inc. on August 9, 2010. See attachment



**A California Direct Lender & Broker Since 1995**

August 9, 2010

Mr. Imre Sos
703 Pier Ave., Ste. B
Hermosa Beach, CA 90254

Re: 920 Rodeo Queen Dr.  Fallbrook, CA 92028

Mr. Sos,

After initial review of your application, credit, and current lease for the above-referenced property, you are hereby notified that you are **pre-qualified** for private financing to obtain the property.

Subject to the current mortgagee's acceptance of a negotiated settlement (or short sale approval), I am able to secure private (equity) financing for the above-referenced property at a loan-to-value not to exceed 60% of the value determined by our review of the offered appraisal or a new version from an approved appraiser of our choice, at our discretion.

Any differential between the negotiated price and the value relative to the loan amount, plus closing costs, will be required from you to close escrow.

**Likely Loan Terms:** 36 – 60 month balloon note @ +/- 11.99%, with payments of interest-only.

Please note that our evaluation and subsequent preapproval status does not constitute a loan approval, but is instead a preliminary assessment of your general creditworthiness. A formal loan approval may only be granted after your complete loan application and all supporting documentation has been submitted to our lender for underwriting consideration.

Also, please note that any new accounts you open, credit charges incurred, or credit inquiries entered on your credit report subsequent to the date of this letter may negatively impact our investor's decision to loan should you negotiate an acceptable offer with the mortgagee.

Should you or any seller whose property you intend to purchase have any questions regarding our credit evaluation, please fee free to contact me at 661-255-9824 or 800-644-8829.

We are honored that you have chosen us to provide your mortgage financing needs and we look forward to working with you!

Sincerely,


John J. Harambasic
Augusta Financial, Inc.
DRE 01212262 / 01329768
(661) 255-9824 Direct
(661) 670-5214 fax
john@cal-lending.com

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

703 Pier Ave., Ste. B    Hermosa Beach, CA 90254-3943

A true and correct copy of the foregoing document described as ill be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On August 19, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mr. Brian A. Paino
Ms. Josephine E. Aranjo
Pite Duncan, LLP
P.O. Box 17-0933

Ms. Heide Kurtz
2515 S. Western Ave., No. 11
San Pedro, CA 90732

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 19, 2010    Ms. Hilda E. Galarreta    /s/ Hilda E. Galarreta
Date                Type Name                 Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **9013-3.1.PROOF.SERVICE**

## Exhibit 1

Imre Sos
703 Pier Ave Ste B
Hermosa Beach, CA 90254-3943

**Exhibit 2**

ComUnity Lending Inc
610 Jarvis Dr
Morgan Hill, CA 95038


First American Title Co
411 Ivy St
San Diego, CA 92101


Mortgage Electronic Registration Systems Inc
PO Box 2026
Flint, MI 48501-2026


Mortgage Electronic Registration System Inc
2216 16th St
Sacramento, CA 95818


Mortgage Electronic Registration Systems Inc
3321 Vincent Dr
Pleasant Hill, CA 94523


GMAC Mortgage LLC
1100 Virginia Dr
Fort Washington, PA 19034


ETS Services, LLC
2255 N Ortario St 400
Burbank, CA 91504


ComUnity Lending Inc
7650 Marathon Dr A
Livermore, CA 94550

## Exhibit 2

Wells Fargo Bank, NA
90 S Seventh St
MAC: N9305 173
Minneapolis, MN 55402


Prenovost Normandin Bergh Dawe APC
2122 N Broadway 200
Santa Ana, CA 92706


Hartford Escrow Inc
1403 N Tustin Ave. 130
Santa Ana CA 92705


Marc Youssef Lazo
Prenovost Normandin Bergh Dawe APC
2122 N Broadway 200
Santa Ana, CA 92706


Full Spectrum Lending Inc
4500 Park Granada CH 11
Calabasas, CA 91302


CTC Real Estate Services
400 Countywide Way
MSN SV 88
Simi Valley, CA 93065


CTC Real Estate Services
8521 Fallbrook Ave
West Hills, CA 91304


Full Spectrum Lending Inc
25555 W Chandler Blvd
Chandler, AZ 85224

## Exhibit 2

Dan McAllister Tax Collector
1600 Pacific Highway Rm 162
San Diego, CA 92101-2477


First American Title Company
1 First American Way
Santa Ana, CA 92707